IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RAMON HOSEA MCGRAW**                                                              **PLAINTIFF**

v.                               Case No. 5:10-cv-373-DPM

**BARRY SIMS, *ET AL.***                                                                **DEFENDANTS**

ORDER

The Court has considered Magistrate Judge Jerome T. Kearney's proposed Findings and Recommendations, *Document No. 29*, and Ramon McGraw's objections, *Document No. 31*. Having conducted a *de novo* review, the Court adopts Judge Kearney's proposal as its own. McGraw's amended complaint is dismissed without prejudice for failure to comply with Fed. R. Civ. P. 8(a)(2) and this Court's prior Orders. The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

                                                */s/ D.P. Marshall Jr.*
                                                D.P. Marshall Jr.
                                                United States District Judge

                                                28 July 2011