IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RAMON HOSEA MCGRAW**                                                          **PLAINTIFF**

v.                           Case No. 5:10-cv-373-DPM

**BARRY SIMS,** *ET AL.*                                                        **DEFENDANTS**

JUDGMENT

Ramon McGraw's amended complaint is dismissed without prejudice.

The Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

_____
D.P. Marshall Jr.
United States District Judge

28 July 2011